OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



UNITED STATES POSTAGE
PITNEY BOWES
02 1R $ 00.26⁵
0006557458 DEC 10 2014
MAILED FROM ZIP CODE 78701

12/10/2014
VEAZEY, GARY EARNEST   Tr. Ct. No. 2009CR7730W-W1   WR-82,423-01
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN TO SENDER
INMATE RELEASED
NAME AND/OR NUMBER DO NOT MATCH
ITEMS NOT ALLOWED IN THIS FACILITY

GARY EARNEST VEAZEY
BEXAR COUNTY ADULT - TDC # 689016
200 N. COMAL
SAN ANTONIO, TX 78207

U TF

43B 78207